IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E. Lynn Schoenmann, | NO. C 03-04623 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Wilham Associates, LLC et al., | |
| Defendant(s). | |

On July 11, 2005, Magistrate Judge Trumbull settled the above-entitled matter. In light of the settlement, the Court vacates all trial and pretrial dates. On or before October 31, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on November 14, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before October 31, 2005, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 25, 2005          /s/James Ware
                                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheryl Christine Rouse rblaw@ix.netcom.com
Dennis Douglas Davis ddavis@gsmdlaw.com
Marcus Daniel Merchasin Marcus@merchasin.com
William Webb Farrer wwfarrer@farrerlaw.org

**Dated: August 25, 2005**          **Richard W. Wieking, Clerk**

                                    **By:___/s/JW Chambers_____**
                                    **Ronald L. Davis**
                                    **Courtroom Deputy**